# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WHOLESALE AUTO GROUP, INC.

VERSUS

ROBERT W. HALLACK, HALLACK
LAW OFFICE, LLC AND ABC
INSURANCE COMPANY

NO.  2026 CW 0456

**JUNE 15, 2026**

---

In Re:   Robert W. Hallack and Hallack Law Office, LLC, applying
         for supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 669253.

---

**BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED.**

                              **EW**
                              **CHH**
                              **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT